WEINSTOCK, FRIEDMAN & FRIEDMAN
4 Reservoir Circle
Baltimore, Maryland  21208
Tel.  401-559-9000

LEONARD TOBER, ESQ.
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

------------------------------------X
WILLIAM E. BARTON,

            Plaintiff,           Civil Action No.: 00 CV 1508
                                                             (MJG)
   -against-

AMERICAN BIOGENETIC SCIENCES, INC.,

            Defendant.
------------------------------------X

## MOTION FOR ADMISSION PRO HAC VICE

    Pursuant to the Local Rule 101.1(B) of this Court, Leonard Tober, Esq., a member of the Bar of this Court, and an attorney with the law firm of Weinstock, Friedman & Friedman, moves the admission of Douglas E. Rowe, Esq. to appear pro hac vice in the caption proceeding as counsel for the defendant, American Biogenetic Sciences, Inc.

    Movant and the proposed Admittee respectfully certify as follows:

    1.   The proposed Admittee is a member in good standing of the Bar of the State of New York and the following United States Courts:  Eastern District of New York and Southern District of New York.

1

2. During the twelve (12) months immediately preceding the filing of the motion, the proposed Admittee has not been admitted pro hac vice in this Court.

3. The proposed Admittee has never been disbarred, suspended or denied admission to practice.

4. The proposed Admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdication of this Court.

5. Co-counsel for the proposed Admittee in this proceeding will be the undersigned, who has been formally admitted to the Bar of this Court.

6. It is understood that admission pro hac vice does not constitute formal admission to the Bar of this Court.


Respectfully submitted,

Movant                                    Proposed Admittee

_____              _____
LEONARD TOBER, ESQ.                       DOUGLAS E. ROWE, ESQ.
WEINSTOCK, FRIEDMAN & FRIEDMAN            170 Old Country Road
4 Reservoir Circle                        Suite 300
Baltimore, Maryland   21208               Mineola, New York   11501
Tel.  410-559-9000                        Tel.  516-746-4412
Fax.  410-559-9009                        Fax.  516-746-1024

_____
Md. U.S. District Court No.

                                    ORDER

Motion    ___✓___    GRANTED

Motion    ___✓___    GRANTED    Subject to payment of $50.00 filing fee to Clerk of Court.

Motion    _____    DENIED

___8/18/00___                  _/s/ Marvin J. Garbis_
Dated                                 Judge, U.S. District Court

der287\abs.mot

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of August, 2000, a copy of the aforegoing Motion to Admit Pro Hac Vice was mailed first class postage pre-paid to:

Howard K. Kurman, Esquire
Offit, Kurman & Alms P.A.
8 Park Center Court
Suite 200
Owings Mills, MD 21117

_____
Leonard Tober